IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ISRAEL BARRON, | * |
| Plaintiff, | * |
| v. | Case No. 7:25-cv-4 (LAG) |
| | * |
| STATE FARM FIRE AND CASUALTY COMPANY, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 21, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 21st day of July, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk